Probation Form No. 35
(1/92)

Report and Order Terminating Probation / Supervised Release Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF ALASKA

UNITED STATES OF AMERICA

V

Case No. A04-0126-10 CR (HRH)

Jannie Keomany

On July 28, 2005, the above-named was placed on probation for a period of three years for the conviction of Conspiracy (involving an Illegal Gambling Business). The defendant has paid her financial obligations, has submitted to DNA testing, has reported regularly, and has committed no known violations. Initially the defendant was receiving social security disability support payments but is now employed at Walmart and is supporting herself and her son. It is accordingly recommended that Jannie Keomany be discharged from supervision. The U.S. Attorney's Office has been consulted and has no objection to an early termination from supervision.

Respectfully submitted,

__REDACTED SIGNATURE__

Eric D. Odegard                                   Date
U.S. Probation/Pretrial Services Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Date this __11__ day of __OCT__, 20__06__

__REDACTED SIGNATURE__

H. Russel Holland
Senior U.S. District Court Judge